

**SO ORDERED,**

*Katharine M. Samson*

**Judge Katharine M. Samson
United States Bankruptcy Judge
Date Signed: April 8, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.

___

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:   Jason Lafayette Hobgood | Case No. 20-50205-KMS |
| Lindsey Michelle Hobgood, Debtors | CHAPTER 13 |

## ORDER ON MOTION TO DISBURSE FUNDS

THIS CAUSE having come on this date on the Debtors' Motion to Disburse Funds (DK # 48), the Court having reviewed and considered the facts herein, and there being no objection or request for hearing from the Trustee or creditors, does find as follows:

IT IS THEREFORE ORDERED that the Debtors' Motion to Disburse Funds is granted. Progressive ("Insurance Company") shall issue funds covering the 2012 Ford F150 ("Vehicle") to Keesler Federal Credit Union ("Creditor"). The Creditor shall transfer title of the vehicle to Insurance Company. If any funds remain after the Vehicle is paid off, they shall be turned over to Debtor to purchase a replacement vehicle. This Order binds those creditors and parties in interest that have been properly served.

##END OF ORDER##

PREPARED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
Jennifer Ann Curry Calvillo (MS Bar No. 104367)
The Rollins Law Firm
P.O. Box 13767
Jackson, MS 39236
601-500-5533
ATTORNEY FOR DEBTOR